May 7, 1974.

No. 19. CRAWFORD, Appellant, v. CRAWFORD, Respondent.

(Also reported in 217 N. W. 2d 97.)

APPEAL from orders of the circuit court for Milwaukee county entered January 17, 1973, and February 12, 1973: MAURICE SPRACKER, Circuit Judge.

Divorce. Alimony. Denial of reduction not an abuse of discretion.

The cause was submitted for the appellant on the brief of *Cook & Franke, S. C.,* attorneys, and *Robert E. Cook*

and *Robert L. Elliott* of counsel, all of Milwaukee, and for the respondent on the brief of *Clifford K. Meldman, S. C.*, attorney, and *Patrick T. McMahon* and *McMahon & Maroney* of counsel, all of Milwaukee.

Orders affirmed.